

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| IN RE: YVONNE ROSALES, | § | No. 08-22-00199-CR |
| Relator. | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
|  | § |  |

## **O R D E R**

On October 24, 2022, Relator filed an emergency motion for a stay of trial court proceedings pursuant to Tex.R.App.P. 52.10. Having considered the motion, the Court DENIES Relator's emergency motion for stay.

IT IS SO ORDERED this 21st day of November, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.